**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stephen Joe HICKS, Defendant–Appellant.**

No. 03–50166.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 20, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Peter Michael Koelling, Cary, IL, for Defendant–Appellant.

Before JONES, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Stephen Joe Hicks appeals his guilty-plea convictions for two counts of wire fraud in violation of 18 U.S.C. § 1343. Hicks argues that the district court abused

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

its discretion by denying his motion to withdraw his guilty plea.

"[A] district court may, in its discretion, permit withdrawal before sentencing if the defendant can show a 'fair and just reason.'" *United States v. Powell,* 354 F.3d 362, 370 (5th Cir.2003) (citing FED. R.CRIM.P. 11(d)(2)). A review of the seven relevant factors reveals that the district court did not abuse its discretion by denying Hicks's motion to withdraw his guilty plea. *See United States v. Carr,* 740 F.2d 339, 343–44 (5th Cir.1984).

AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.